## LIEBERMAN v. STANLEY.

### (Supreme Court, Appellate Term. May 19, 1904.)

1. TORTS—PERSONAL INJURIES—CONTRIBUTORY NEGLIGENCE.

Where plaintiff testified that she did not see a horse and wagon before she started to cross the street, but she was struck so soon after leaving the sidewalk that it was apparent that the horse and wagon must have been in plain sight before she started, she failed to show freedom from contributory negligence.

Appeal from Municipal Court, Borough of Manhattan, Thirteenth District.

Action by Sarah Lieberman against John T. Stanley. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before FREEDMAN, P. J., and TRUAX and SCOTT, JJ.

Frank V. Johnson, for appellant.

H. & J. J. Lesser, for respondent.

SCOTT, J. The plaintiff utterly failed to show that she was free from contributory negligence. It was apparent that she never looked to see whether she could safely cross the street. She repeatedly swears that she did not see the horse and wagon before she started to cross. She was struck so soon after leaving the sidewalk that the wagon,

¶ 1. See Highways, vol. 25, Cent. Dig. § 464.

whether standing or moving, must have been within easy sight before she started to cross, if she had looked.

Judgment reversed, and new trial granted, with costs to appellant to abide the event.  All concur.